UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RAJIV PATEL, | § | |
|    Plaintiff | § | |
| | § | CIVIL ACTION NO. |
| vs. | § | |
| | § | 4:22-cv-898 |
| | § | |
| ALLSTATE FIRE AND CASUALTY | § | |
| INSURANCE COMPANY, | § | (JURY) |
|    Defendant | § | |

## **CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, defendant Allstate Fire and Casualty Insurance Company provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of this case:

Rajiv Patel
c/o David S. Kohm
DAVID S. KOHM & ASSOCIATES
1414 W. Randol Mill Road, Suite 118
Arlington, Texas 76012

Allstate County Mutual Insurance Company
(Headquarters)
2775 Sanders Rd
Northbrook, Illinois 60062

David S. Kohm
DAVID S. KOHM & ASSOCIATES
1414 W. Randol Mill Road, Suite 118
Arlington, Texas 76012

John Stilwell
LAW OFFICE OF JOHN STILWELL, PLLC
6213 Chapel Hill Blvd., Suite B
Plano, Texas 75093

Respectfully submitted,

**LAW OFFICE OF JOHN STILWELL, PLLC**

*/s/ John W. Stilwell*
JOHN W. STILWELL
Texas Bar No. 19242800

6213 Chapel Hill, Suite B
Plano, Texas 75093
(972) 403-7400 Office
(972) 403-1100 Fax
(214) 727-4200 Cell
Email:  john@stilwelldallas.com

ATTORNEY FOR DEFENDANT
ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

CERTIFICATE OF SERVICE

I hereby certify that I have served this document on all counsel of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

David S. Kohm
DAVID S. KOHM & ASSOCIATES
1414 W. Randol Mill Road, Suite 118
Arlington, Texas 76012

*/s/ John W. Stilwell*
JOHN W. STILWELL